## 8202.  REID *v.* TYSON.

BLOODWORTH, J.  1.  A nonsuit should not be granted unless "the plaintiff fails to make out a prima facie case, or if, admitting all the facts proved and all reasonable deductions from them, the plaintiff ought not to recover."  Civil Code of 1910, § 5942.

2. In this case, there being evidence upon which a jury could have based a verdict for the plaintiff, the trial judge erred in granting a nonsuit. *Bryan* v. *Watson,* 20 *Ga.* 480 (51); *East & West R. Co.* v. *Sims,* 80 *Ga.* 807 (6 S. E. 595); *Vickers* v. *A. & W. P. R. Co.,* 64 *Ga.* 306.

*Judgment reversed. Broyles, P. J., and Jenkins, J., concur.*

DECIDED APRIL 4, 1917.

Trover; from Calhoun superior court—Judge Cox. June 6, 1916.

*W. S. Collins,* for plaintiff.